```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SHANTAY LYNCH, B.C., A.F., and B.S.,     :      21cv7106 (DLC)
                                         :
                      Plaintiffs,        :           ORDER
                                         :
           -v-                           :
                                         :
PATRICIA DOCKERY, P. CHANG, and          :
JOHN/JANE DOES 1-5,                      :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```
DENISE COTE, District Judge:

Having received on April 18, 2022 the parties' motion for an Order of Compromise in the above-captioned action, it is hereby

ORDERED that a hearing shall be held on **April 29, 2022** at **10:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.  In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear a KN94, KN95, or N95 mask that covers their nose

and mouth in the courthouses.  Cloth masks, surgical masks, bandannas, gaiters and masks with valves are prohibited.

SO ORDERED:

Dated:     New York, New York
           April 19, 2022

```
            _____
                  DENISE COTE
            United States District Judge
```