UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANTAY LYNCH; B.C., by her Guardian, Shantay Lynch.; A.F., by her Guardian, Shantay Lynch; and B.S., by her Guardian, Shantay Lynch,<br>　　　　　　　　*Plaintiffs*,<br>　-against-<br><br>PATRICIA DOCKERY, Correction Officer, Shield # 559, in her individual capacity; P. CHANG, Correction Officer, Shield # 17300, in his individual capacity; JOHN/JANE DOES 1-5, Correction Officers, in their individual capacities,<br>　　　　　　　　*Defendants*. | No. 21 Civ. 07106<br><br>[PROPOSED] ORDER |

WHEREAS, Plaintiffs commenced the above-captioned action (the "Action") on August 23, 2021;

WHEREAS, all parties have reached a settlement of the claims in the Action;

WHEREAS, the terms of the proposed settlement are set forth in the declaration of Earl S. Ward, dated April 27, 2022;

WHEREAS, the Court has reviewed these submissions and determined that the best interests of the infants B.C., A.F., and B.S. will be served by the proposed settlement.

NOW, THEREFORE, IT IS HEREBY ORDERED, as follows:

1. The proposed terms of settlement are approved;

2. Following the execution of an appropriate settlement agreement and as will be set forth in such agreement, Defendants shall pay the total of $170,000 payable to Emery Celli Brinckerhoff Abady Ward & Maazel LLP, as Attorneys for Plaintiffs. Defendants shall have no other obligation in this case;

3. From that settlement amount, Emery Celli Brinckerhoff Abady Ward & Maazel LLP and Romano & Kuan PLLC's attorneys' fees of $56, 666.66 are approved;

4. Upon receipt of the settlement funds, Emery Celli Brinckerhoff Abady Ward & Maazel LLP, shall pay B.C., A.F., and B.S.'s portions of the settlement proceeds—$20,000 per child—directly into the trust accounts established for each minor child. Emery Celli Brinckerhoff & Abady Ward & Maazel LLP shall pay Shantay Lynch's share—$53,333.34 directly to Shantay Lynch.

Dated: April 24, 2022
New York, New York

_____
HON. DENISE L. COTE